IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GILBERT GRAIM, JR., <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN, PLC, TOYOTA MOTOR CREDIT CORP. d/b/a TOYOTA FINANCIAL SERVICES, <br><br> Defendants. | Case No.: 3:25-cv-00035 |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC.'S
<u>NOTICE OF REMOVAL</u>**

Now comes Defendant Experian Information Solutions Inc. ("Experian"),[1] incorrectly identified as Experian, plc, by and through undersigned counsel, hereby files this Notice of Removal of this action from the District Court of Dallas County, Texas, 101st Judicial District where it is now pending as Case No. DC-24-20229 (the "Civil Action") to the United States District Court for the Northern District of Texas, Dallas Division.  This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446.  In support hereof, Experian shows the Court as follows:

1. On or about November 14, 2024, Plaintiff Gilbert Graim, Jr. ("Plaintiff") filed his Complaint in the Civil Action.  Copies of the Civil Action docket as well as all process, pleadings and orders in the Civil Action are attached to this Notice of Removal as **Exhibit A**.

---

[1] Plaintiff names "Experian, PLC" as the Defendant.  Experian plc is a foreign corporation and the ultimate parent of Experian Information Solutions, Inc. ("Experian").  The allegations contained within the Complaint are allegations against Experian, which is a credit reporting agency and service was made upon Experian at its headquarters in Costa Mesa, CA and not on Experian plc.

2. The Summons and Complaint in the Civil Action were served on Experian on December 12, 2024. Therefore, this Notice of Removal is filed within the time prescribed by 28 U.S.C. § 1446(b)(1).

3. Plaintiff's Complaint involves claims arising under the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. *See* Compl. Thus, the Civil Action is one over which this Court has original jurisdiction under 28 U.S.C. § 1331, and which is removable by Experian under the provisions of 28 U.S.C. § 1441 in that the matter arises under this Court's original jurisdiction and is founded on a claim or right arising under the Constitution, treaties, or laws of the United States and is removable without regard to citizenship or residence of the parties.

4. Experian is a Defendant in the Civil Action. Accordingly, each Defendant to the claims over which this Court has original jurisdiction under 28 U.S.C. § 1331 has joined in the removal of the Civil Action.

5. No proceedings have occurred in the Civil Action as of the date of this Notice of Removal. Experian has not filed a response to the Complaint. Experian hereby reserves any and all rights to assert any and all defenses and/or objections to the Complaint. Experian further reserves the right to amend or supplement this Notice of Removal.

6. Venue for this case lies in the United States District Court for the Northern District of Texas, Dallas Division, pursuant to 28 U.S.C. § 1441(a), because the Civil Action was filed within this District and Division and the case is being removed from Dallas County, Texas.

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served this day upon Plaintiff and filed with the Clerk of the District Court of Dallas County, Texas, 101st Judicial District. A copy of the notice to the state court clerk, without exhibits, is attached hereto as **Exhibit B**.

For the reasons stated above, this Civil Action is properly removed to this Court.

Dated: January 6, 2025.                    Respectfully submitted,

**MARTIN GOLDEN LYONS**
**WATTS MORGAN PLLC**

/s/ *Xerxes Martin*
EUGENE XERXES MARTIN, IV
Texas State Bar No. 24078928
Email: xmartin@mgl.law
8750 North Central Expressway
North Park Central, Suite 1850
Dallas, Texas 75231
T: 214-346-2630 | F: 214-346-2631

***COUNSEL FOR EXPERIAN INFORMATION SOLUTIONS, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January 2025, a true and correct copy of the foregoing was electronically filed and sent via e-mail and U.S. Mail to the following:

Gilbert Graim, Plaintiff *Pro Se*
537 Whetstone Street
Desoto, TX 75115

                              */s/Xerxes Martin*
                              Xerxes Martin