IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **GILBERT GRAIM, JR.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EXPERIAN, PLC, TOYOTA MOTOR CREDIT CORP. d/b/a TOYOTA FINANCIAL SERVICES,**<br><br>**Defendants.** | Case No.:  3:25-cv-00035-N |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC.'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 7.1, and to enable the Court to evaluate possible disqualification or recusal, the undersigned counsel represents Experian Information Solutions, Inc. ("Experian")[1] in this matter. Troutman Pepper Hamilton Sanders LLP is the law firm whose attorneys will appear, or are expected to appear, for Experian in this matter.

Counsel for Experian further certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case:

1. Parent Companies:  The ultimate parent company of Experian is Experian plc.

2. Subsidiaries Not Wholly Owned:  The following companies are the US-based subsidiaries of Experian plc that are not wholly owned and are not publicly traded:

---

[1] Plaintiff names "Experian, PLC" as the Defendant.  Experian plc is a foreign corporation and the ultimate parent of Experian Information Solutions, Inc. ("Experian").  The allegations contained within the Complaint are allegations against Experian, which is a credit reporting agency and service was made upon Experian at its headquarters in Costa Mesa, CA and not on Experian plc.

      (a)      Central Source LLC

      (b)      Online Data Exchange LLC

      (c)      New Management Services LLC

      (d)      VantageScore Solutions LLC

      (e)      Opt-Out Services LLC

3. Publicly Held Companies: Experian plc indirectly owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated: January 7, 2025.

Respectfully submitted,

**MARTIN GOLDEN LYONS WATTS MORGAN PLLC**
/s/ *Xerxes Martin*
EUGENE XERXES MARTIN, IV
Texas State Bar No. 24078928
Email: xmartin@mgl.law
8750 North Central Expressway
North Park Central, Suite 1850
Dallas, Texas 75231
T: 214-346-2630 | F: 214-346-2631

***COUNSEL FOR EXPERIAN INFORMATION SOLUTIONS, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January 2025, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system, and was sent via U.S. Mail to the following:

Gilbert Graim, Plaintiff *Pro Se*
537 Whetstone Street
Desoto, TX 75115

/s/Xerxes Martin
Xerxes Martin

2