IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Gilbert Graim Jr. § | |
| § | |
| **Plaintiff,** § | |
| § | |
| vs. § | Case No: 3:25-cv-00035 |
| § | |
| Experian, PLC § | |
| Toyota Motor Credit CORP.; d/b/a § | |
| Toyota Financial Services § | |
| **Defendant.** § | |

### PLAINTIFF'S OPPOSITION TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR EXTENSION OF TIME

Plaintiff, Gilbert Graim, Jr., opposes Defendant Experian Information Solutions, Inc.'s ("Experian") Motion for Extension of Time to Respond to Plaintiff's Complaint, and respectfully shows the Court as follows:

## I.   INTRODUCTION

Experian has requested an extension to respond to the complaint, asserting that additional time is necessary to identify the plaintiff's account and analyze the issues. However, the Plaintiff believes that granting this extension is unnecessary and will result in undue delay.

## II.   ARGUMENT

a) Lack of Justification: Experian has not demonstrated sufficient cause for an extension. The complaint was filed on November 14, 2024, and Experian has had ample time to prepare a response.
b) Potential for Prejudice: Further delay in responding to the Complaint could prejudice the Plaintiff by prolonging the resolution of the issues at hand.
c) Timeliness: The Plaintiff has communicated his opposition to this extension, emphasizing the importance of proceeding without delay.

## III.   CONCLUSION

For the reasons stated above, the Plaintiff respectfully requests that the Court deny Experian's Motion for an Extension of time to respond to the Complaint.

**Respectfully Submitted,**

*[signature]*

**Gilbert Graim, Jr.**
**Plaintiff, Pro Se**
**537 Whetstone Street**
**Desoto, TX 75115**
Ggraim1@gmail.com
**(469) 503-6935**