# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION

| | |
|---|---|
| Gilbert Graim Jr. § | |
| § | |
| **Plaintiff,** § | |
| § | |
| vs. § | |
| § | Case No: 3:25-cv-00035 |
| Experian, PLC, Toyota Motor Credit § | |
| Corp. d/b/a Toyota Financial Services § | |
| § | |
| **Defendants,** § | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR EXTENSION OF TIME**

ON THIS DAY, the court considered the Motion for Extension of Time filed by Defendant. The court finds no good cause to grant an Extension. Accordingly, it is,

**ORDERED** that the Motion for Extension of Time is **DENIED** in its filed and original entirety.

**SIGNED THIS** _____day of _____2025.

_____
PRESIDING JUDGE