IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Gilbert Graim Jr. § | |
| § | |
| **Plaintiff,** § | |
| § | |
| vs. § | Case No: 3:25-cv-00035 |
| § | |
| Experian, PLC § | |
| Toyota Motor Credit CORP.; d/b/a § | |
| Toyota Financial Services § | |
| **Defendant.** § | |

### RESPONSE TO COURT ORDER REGARDING LOCAL COUNSEL DESIGNATION

COMES NOW, Plaintiff Gilbert Graim Jr. ("Plaintiff" or "Graim"), and respectfully submits this response to the Court's order requiring Defendant Toyota Motor Credit Corporation ("TMCC") to designate local counsel by January 30, 2025.

### 1. Order Overview

The Court has directed TMCC to obtain local counsel in compliance with Local Rule 83.11. However, it has come to the Plaintiff's attention that Defendant Experian PLC, whose attorney is also not based in the Court's jurisdiction, has filed an appearance without being required to designate local counsel.

### 2. Equal Application of Local Rule

Local Rule 83.11 mandates that all attorneys appearing in this Court must reside or maintain a principal office in the district. The apparent inconsistency in the treatment of the defendants raises concerns regarding fairness and equal application of the Court's rules.

### 3. Request for Clarification

The Plaintiff respectfully requests that the Court clarify whether Experian PLC is also required to designate local counsel under Local Rule 83.11. If Experian PLC is exempt from this requirement, the Plaintiff seeks an explanation for the differing treatment of the defendants.

### 4. Conclusion

Ensuring uniformity in the application of the Court's rules is essential for maintaining fairness in these proceedings. The Plaintiff urges the Court to address this matter to

uphold the integrity of the legal process.

**WHEREFORE**, the Plaintiff respectfully requests the Court to clarify the requirements regarding local counsel for both defendants and ensure consistent application of Local Rule 83.11.

**Respectfully Submitted,**

**Gilbert Graim, Jr.**
**Plaintiff, Pro Se**
**537 Whetstone Street**
**Desoto, TX 75115**
Ggraim1@gmail.com
**(469) 503-6935**