# Exhibit A

**Voehringer, Allie**

| | |
|---|---|
| **From:** | Daniel Fleming <DFleming@wongfleming.com> |
| **Sent:** | Monday, January 6, 2025 12:15 PM |
| **To:** | Zahn, Steve |
| **Cc:** | Voehringer, Allie; Stone, Jana K.; Thompson, Sonya D.; Dafney Stokes; Erick Dubuisson; James Haney |
| **Subject:** | RE: DC-24-20229, GILBERT GRAIM, Jr vs. EXPERIAN, PLC, et al |
| **Attachments:** | image004.png; image006.png; image005.png |

**CAUTION: The sender's email address is unknown (not previously received).**
DO NOT click links or open attachments unless you confirm that this sender is legitimate and the content is safe.

Steve:

Yes, we are counsel for Toyota and yes, you have our consent to remove the case.

Dan



Daniel C. Fleming | Partner | Wong Fleming

821 Alexander Road, Suite 200 | Princeton, NJ 08540
Phone: (609.951.9520) | Fax: (609.951.0270)

www.wongfleming.com

**From:** Zahn, Steve <Steve.Zahn@troutman.com>
**Sent:** Monday, January 6, 2025 12:13 PM
**To:** Daniel Fleming <DFleming@wongfleming.com>
**Cc:** Voehringer, Allie <Allie.Voehringer@troutman.com>; Stone, Jana K. <Jana.Stone@troutman.com>; Thompson, Sonya D. <Sonya.Thompson@troutman.com>
**Subject:** DC-24-20229, GILBERT GRAIM, Jr vs. EXPERIAN, PLC, et al

 **Caution**: External (steve.zahn@troutman.com)

First-Time Sender 

Daniel

I am told that you might be counsel for Toyota in the DFW area and am reaching out to see if you are. We represent Experian in this matter and are looking to remove it.

Regards,

**Steve Zahn**
**Counsel**
Direct: 757.339.4779
steve.zahn@troutman.com

**troutman pepper locke**
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
troutman.com

---

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit www.troutman.com.