# Exhibit B

**Voehringer, Allie**

| | |
|---|---|
| **From:** | James Haney <JHaney@wongfleming.com> |
| **Sent:** | Monday, January 6, 2025 2:11 PM |
| **To:** | Zahn, Steve |
| **Cc:** | Voehringer, Allie; Stone, Jana K.; Daniel Fleming |
| **Subject:** | RE: GRAIM v Toyota and Experian |

**CAUTION: The sender's email address is unknown (not previously received).**
DO NOT click links or open attachments unless you confirm that this sender is legitimate and the content is safe.

Steve,

Yes . I am partners with Dan Fleming and we consent.

Jim Haney

**From:** Zahn, Steve <Steve.Zahn@troutman.com>
**Sent:** Monday, January 6, 2025 2:10 PM
**To:** James Haney <JHaney@wongfleming.com>
**Cc:** Voehringer, Allie <Allie.Voehringer@troutman.com>; Stone, Jana K. <Jana.Stone@troutman.com>
**Subject:** GRAIM v Toyota and Experian

 **Caution**: External (steve.zahn@troutman.com)

First-Time Sender



James

We represent Experian in this matter.  We would like to remove it.  Does Toyota consent?

**Steve Zahn**
**Counsel**
Direct: 757.339.4779
steve.zahn@troutman.com

**troutman pepper locke**
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
troutman.com

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any

unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit www.troutman.com.