UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GILBERT GRAIM, JR., <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN, PLC, TOYOTA MOTOR CREDIT CORP. d/b/a TOYOTA FINANCIAL SERVICES, <br><br> Defendants. | Case No. 3:25-cv-00035-N-BT |

**EXPERIAN'S SUPPLEMENTAL
RESPONSE TO PLAINTIFF'S MOTION TO REMAND**

Now comes Defendant Experian Information Solutions, Inc., ("Experian") improperly pleaded as Experian PLC and through the undersigned counsel hereby files this supplemental response to Plaintiff Gilbert Graim, Jr.'s ("Plantiff") motion to remand this case pursuant to 28 U.S.C. § 1447(c).

At the February 7, 2025, hearing before the Court on Plaintiff's Motion for Remand and Plaintiff's Motion to Withdraw Plaintiff's Motion for Remand, the Court granted Experian permission to file supplemental authority in support of its response in opposition to the motion for remand. While Experian does not withdraw its opposition to the Plaintiff's Motion for Remand, it does not offer additional authority and relies on the Joint Response in Opposition and the authorities cited therein.

| | |
|---|---|
| Date: February 10, 2025 | */s/ Eugene Xerxes Martin, IV* |
| | Eugene Xerxes Martin, IV |

**MARTIN GOLDEN LYONS WATTS MORGAN PLLC**

Eugene Xerxes Martin, IV
Texas State Bar No. 24078928
Email: xmartin@mgl.law
8750 North Central Expressway
North Park Central, Suite 1850
Dallas, Texas 75231
T: 214-346-2630 | F: 214-346-2631

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Steven R. Zahn*
Steven R. Zahn
Virginia State Bar No. 43332-VA
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23454
Telephone: 757-687-7589
Facsimile: 757-687-7510
Email: steve.zahn@troutman.com

*Counsel for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF WORD COUNT

The undersigned certifies that the word count for foregoing is 116 not including the case caption, signature block and certificates, using the Word Count feature in Microsoft Word.

/s/ *Eugene Xerxes Martin, IV*
Eugene Xerxes Martin, IV

## CERTIFICATE OF SERVICE

  I hereby certify that on the 10th day of February 2025, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system, and was sent via U.S. Mail and or electronic mail to the following:

Gilbert Graim, Plaintiff *Pro Se*
537 Whetstone Street
Desoto, TX 75115
graimsolutions@gmail.com

James K. Haney, Esq.
821 Alexander Road, Suite 200
Princeton, New Jersey 08543-3663
jhaney@wongfleming.com

                /s/ *Eugene Xerxes Martin, IV*
                Eugene Xerxes Martin, IV