IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GILBERT EUGENE GRAIM, JR. § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No.  3:25-CV-0035-N-BT |
| § | |
| § | |
| EXPERIAN INFORMATION § | |
| SOLUTIONS INC et al. § | |
| § | |
| Defendants. § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration of the Findings, Conclusions, and Recommendations of the United States Magistrate Judge Rebecca Rutherford dated February 24, 2025. The Court has reviewed the Findings, Conclusions and Recommendations for plain error. Finding non, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Signed March 31, 2025.

_____
David C. Godbey
Chief United States District Judge

ORDER – SOLO PAGE