IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GILBERT EUGENE GRAIM, JR. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-0035-N-BT |
| | § | |
| | § | |
| EXPERIAN INFORMATION SOLUTIONS INC et al. | § | |
| | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

The Court has entered its Order Accepting the Findings, Conclusions, and Recommendations of the United States Magistrate Judge.

It is therefore **ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to Remand (ECF No. 5) is GRANTED.

Signed March 31, 2025.

_____
David C. Godbey
Chief United States District Judge

ORDER – SOLO PAGE