# United States District Court
## Northern District of Texas

Karen Mitchell  
Clerk of Court

Dallas Division

3/31/2025

101st District Court  
George L. Allen, Sr. Courts Building  
600 Commerce Street, Box 685  
Dallas, TX 75202

RE: Remand Order 3:25-cv-0035-N

Style: Graim v. Experian Information Solutions Inc et al

Dear Clerk:

    Enclosed is a certified copy of an Order and/or Judgment remanding the above captioned case back to the   101st Judicial District Court of Dallas County, TX  ,  DC-24-20229 along with a copy of the docket sheet.

    If you have any questions regarding this matter, I may be reached at 214-753-2633 .

Sincerely,  
Karen Mitchell, Clerk

By: s/A. Monserrate  
      Deputy Clerk

Enclosure  Order and Docket Sheet

cc:    Counsel of Record  
       Case file (public entry)